# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133819(66)

MICHIGAN FEDERATION OF TEACHERS
and SCHOOL RELATED PERSONNEL, AFT,
AFL-CIO,
      Plaintiff-Appellee,

v

UNIVERSITY OF MICHIGAN,
      Defendant-Appellant.

SC: 133819
COA: 258666
Washtenaw CC: 04-000314-CZ

_____

On order of the Chief Justice, the motion and stipulation for extension to January 25, 2008 of the time for filing of the brief of defendant-appellee are considered and the extension is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2008

_____
Clerk